

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2020

No. 04-20-00079-CV

**IN RE** Chad **KLEIN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

On February 6, 2020, relator filed a petition for writ of mandamus, and requested a stay of the trial court's temporary orders. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request for a stay is denied as moot. This court's opinion will issue at a later date.

It is so **ORDERED** on February 7, 2020.

**PER CURIAM**

ATTESTED TO: _____
                   Michael A. Cruz
                   Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-01708, styled *In the Interest of B.F.K., K.K., and B.M.K., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga, presiding.